UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DON MASHAK and FIRST NATIONAL REPOSSESSORS, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF MINNESOTA, MINNESOTA SUPREME COURT, MARY YUNKER, TIMOTHY R. BLOOMQUIST, DIANA LONGRIE, LEE WOLFGRAM, DANNETTE MEEKS-HULL, MICHAEL HULL, and JOHN and JANE DOE,<br><br>    Defendants. | Civil No. 11-473 (JRT/JSM)<br><br>**ORDER** |

    The above-named Plaintiffs recently commenced this action by filing a self-styled civil complaint.  (Docket No. 1.)  Plaintiffs' complaint was not accompanied by the $350.00 filing fee required by 28 U.S.C. § 1914(a).  However, the Clerk of Court filed Plaintiffs' complaint, because it was accompanied by an application to proceed in forma pauperis, ("IFP"), which was signed by Plaintiff Don Mashak.  (Docket No. 2.)  That IFP application is now before the Court.

    One day after Plaintiffs commenced this action, they paid the full $350.00 filing fee. Plaintiff Don Mashak has not indicated that he applied for IFP status for any reason other than to avoid paying the filing fee for this action.  Plaintiffs have not requested marshal service, or submitted any marshal service forms, (USM-285), and, in any event, their ability to pay the full filing fee for this action shows that they should be able to make arrangements for service of process.

In short, Plaintiff Don Mashak has not shown that he has any current need for IFP status in this matter. Therefore, his pending IFP application will be denied as moot.

Based upon the foregoing and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

Plaintiff Don Mashak's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED AS MOOT**.

Dated:      March 2, 2011

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge