UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Don Mashak and<br>First National Repossessors, Inc.,<br><br>        Plaintiffs,<br>vs.<br><br>State of Minnesota, Minnesota Supreme Court,<br>Mary Yunker, Timothy R. Bloomquist,<br>Diana Longrie, Lee Wolfgram,<br>Dannette Meeks-Hull, Michael Hull,<br>John and Jane Doe(s),<br><br>        Defendants. | Civil File No. 11-473 JRT/JSM<br><br><br>**MOTION TO DISMISS<br>OF STATE DEFENDANTS** |

Defendants State of Minnesota, Minnesota Supreme Court, Mary Yunker, and Timothy Bloomquist (the State Defendants) move the Court to dismiss Plaintiffs' complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(1), (6), and is based upon the files, records and proceedings herein, including the memorandum of law filed and served herewith.

Dated:  March 17, 2011

LORI SWANSON
Attorney General
State of Minnesota

s/ **John S. Garry**

John S. Garry
Assistant Attorney General
Atty. Reg. No. 208899

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone:  (651) 757-1451
Fax:  (651) 282-5832
john.garry@state.mn.us

Attorneys for State Defendants

AG: #2787977-v1