UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Don Mashak and<br>First National Repossessors, Inc.,<br><br>         Plaintiffs,<br>vs.<br><br>State of Minnesota, Minnesota Supreme Court,<br>Mary Yunker, Timothy R. Bloomquist,<br>Diana Longrie, Lee Wolfgram,<br>Dannette Meeks-Hull, Michael Hull,<br>John and Jane Doe(s),<br><br>         Defendants. | Civil File No. 11-473 JRT/JSM<br><br><br>**NOTICE OF HEARING<br>ON MOTION TO DISMISS<br>OF STATE DEFENDANTS** |

PLEASE TAKE NOTICE that the motion to dismiss of Defendants State of Minnesota, Minnesota Supreme Court, Mary Yunker, and Timothy Bloomquist (the State Defendants) will be heard on a date and at a location that will be set upon the motion being fully briefed and filed.

Dated:  March 17, 2011

LORI SWANSON
Attorney General
State of Minnesota

s/ **John S. Garry**
John S. Garry
Assistant Attorney General
Atty. Reg. No. 208899

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone:  (651) 757-1451
Fax:  (651) 282-5832
john.garry@state.mn.us

Attorneys for State Defendants

AG: #2787990-v1