UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAMBERS OF
**JANIE S. MAYERON**
U. S. MAGISTRATE JUDGE

632 U.S. COURTHOUSE
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101
(651) 848-1190

August 22, 2011

Amber T. Fasching, Esq.
The Wolfgram Law Firm, Ltd.
100 North Sixth Street
Suite 445A
Minneapolis, MN 55403

    Re:    Don Mashak v. State of Minnesota, et al.
             Civil No. 11-473 (JRT/JSM)

Dear Ms. Fasching:

      The Court is in receipt of your August 17, 2011 letter requesting that defendant Wolfgram be allowed to file a Motion for Sanctions and Attorney's Fees for hearing on September 12, 2011.  Pursuant to this Court's July 27, 2011, no additional motions may be filed or scheduled by any party until the current motions scheduled for September 12, 2011 have been ruled upon.  Therefore, the Court is denying your request to add an additional motion to the September 12, 2011 hearing date.  If the Court grants your client's motion to dismiss, you may pursue your motion for sanctions and fees.

                                      Sincerely,

                                        *s/ Janie S. Mayeron*

                                        Janie S. Mayeron

JSM:kmh

cc:    Mr. Don Mashak
       John S. Garry, Esq.